IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOSHUA HUMPHREY, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:15-CV-73 (MTT) |
| Warden FREDRICK HEAD, MARLON GRIFFITH, | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Charles H. Weigle. (Doc. 6). The Magistrate Judge, having reviewed the Plaintiff's complaint (Doc. 1) pursuant to 28 U.S.C. § 1915A, recommends dismissing his claims against Defendant Warden Head. The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the claims against Defendant Warden Head are **DISMISSED** and Defendant Warden Head is **DISMISSED** from this action.

**SO ORDERED**, this 21st day of April, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT COURT