IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOSHUA HUMPHREY, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:15-CV-73 (MTT) |
| MARLON GRIFFITH, | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends granting Defendant Marlon Griffith's motion to dismiss (Doc. 14) because the Plaintiff failed to exhaust his administrative remedies. (Doc. 24). The Plaintiff has not objected to the Recommendation.[1] The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Defendant's motion to dismiss (Doc. 14) is **GRANTED**, and the Plaintiff's complaint is **DISMISSED without prejudice**.

**SO ORDERED**, this 18th day of November, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The docket reflects that the clerk mailed the Recommendation to the Plaintiff on September 25, 2015. On September 29, 2015, the Plaintiff wrote in a letter to the clerk that he had not received anything from the Court or the Defendant's attorney since June 16, 2015. (Doc. 25). It is not surprising that the Plaintiff would not have received the Recommendation by September 29. In any event, in response to the Plaintiff's letter, the clerk mailed the Plaintiff a copy of the Court's docket, which included a docket entry of the filing of the Recommendation. Notwithstanding the lack of an objection, the Court has conducted a *de novo* review of the Recommendation.